FILED

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0362

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 22-0362

CHRISTINA SCHMID and JENNIFER POWERS,

               Plaintiffs/Appellants,

-vs-

JAE NOTTI, SUSIE NOTTI, and ET CATTLE COMPANY, LLC,

               Defendants/Appellees.

**GRANT OF ADDITIONAL EXTENSION OF TIME TO FILE APPELLEES' ANSWER BRIEF**

Pursuant to Jae Notti's, Susie Notti's, and ET Cattle Company, LLC's Motion and Montana Rule of Appellate Procedure 26, for good cause appearing and noting that Appellant does not object, Appellees are granted an extension until December 16, 2022 to file their Answer Brief.

**DATED** this _____ day of December, 2022.

_____

4812-6457-6739, v. 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2022